## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Eric John Meisner, | ) |
| Plaintiff, | ) **JUDGMENT IN A CIVIL CASE** |
| v. | ) CV 09-8048-PCT-DGC (ECV) |
| Anders Rosenquist, et al., | ) |
| Defendant(s) | ) |

____ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_XX_ **Decision by Court.** This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

 IT IS ORDERED AND ADJUDGED that pursuant to the Court's order of June 29, 2009, dismissing Plaintiff's Complaint for failure to state a claim, judgment is entered in favor of the Defendants.  This dismissal shall count as a strike under the purview of 28: U.S.C. § 1915(g).  The Complaint and this action are hereby dismissed with prejudice.

June 29, 2009 RICHARD H. WEARE
Date District Court Executive/Clerk

 s/E. Leon
 Deputy Clerk