```
                                              ┌─────────────────────────┐
                                              │ ✓  FILED    ___ LODGED  │
                                              │ ___ RECEIVED ___ COPY   │
Eric John Meisner                             │                         │
82318-008                                     │      AUG 0 7 2009       │
Federal pro se prisoner                       │                         │
FCI Fort Dix                                  │  CLERK U S DISTRICT COURT│
PO Box 2000                                   │     DISTRICT OF ARIZONA │
Fort Dix, NJ  08640                           │ BY_____   P DEPUTY│
                                              └─────────────────────────┘
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Eric John Meisner,            )
    Plaintiff,              )
                                   )
Verses                        )   Case No. 3:09-CV-8048
                                   )
                                   )
Anders Rosenquist,            )
Rosenquist and Associates,    )
    Defendent,              

## N O T I C E   O F   A P P E A L

    Notice is hereby given that Eric John Meisner, Plaintiff, in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the June 29, 2009 Order, docket text #7, wherein (a) the court misconstrued Plaintiff's complaint as a Bivens Civil Rights Action; (b) the Court misconstrued both the record in criminal case 04-01073 and factual statements in the plaintiff's complaint; (c) the Courts judgement stated that Plaintiff failed to state a claim under state law for malpractice and fraud; the Courts judgment dismissing Plaintiff's complaint for failure to state a claim without allowing him to leave to amend; (e) the courts judgement dismissing Plantiff's complaint with prejudice and statement that the dismissal counts as a struck pursuant to 28 USC §1915(g); and the Order dated June 26, 2009, docket text #6, wherein the Court did not waive the filing fee and Ordered that the filing fee of $350.00 be deducted from Plaintiff's trust account at Fort Dix Prison, and the Order dated July 16, 2009, docket text #9, wherein the Court denied the Plaintiff a 30-day extention of time in which to file a Motion for Reconsideration, and the Courts soon to be Order denying the Plantiff's Motion for reconsideration for a time extention to file a Motion for reconsideration and Motion for copies of all unpublished

cases cited by the Court and the defendent with all copies listed in the Shepards for any cases cited in the filings.

Respectfully submitted,

*(signature)*
Eric John Meisner   82318-008
FCI Fort Dix
PO Box 2000
Fort Dix, NJ  08640

I, Eric John Meisner, declare and affirm, under 28 U.S.C. §1746, that I deposited this Notice of Appeal, into the legal mail system at FCI Fort Dix on July 27, 2009 and used U.S. postage first class mail.

Respectfully submitted,

*Eric John Meisner*   July 27, 2009
Eric John Meisner   82318-008