UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 21 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ERIC JOHN MEISNER,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>ANDERS ROSENQUIST and ROSENQUEST & ASSOCIATES,<br><br>        Defendants - Appellees. | No. 09-16695<br><br>D.C. No. 3:09-cv-08048-DGC-ECV<br>U.S. District Court for Arizona, Phoenix<br><br>**ORDER** |

      A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

      Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to respond to the order of this court dated November 5, 2009.

      A copy of this order sent to the district court shall constitute the mandate of this court.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Estela Urrutia
Deputy Clerk